UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| JASON CAMACHO, AND ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED, | Civil Action No. 1:18-cv-10816-PAE-HBP |
| Plaintiff, | **NOTICE OF MOTION** |
| v. | |
| LOYOLA UNIVERSITY NEW ORLEANS, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**PLEASE TAKE NOTICE THAT,** upon the annexed Declaration of John W. Egan dated April 12, 2019, together with Exhibits "A" through "H" annexed thereto, Declaration of Charles Patrick Gendusa dated February 28, 2019, Declaration of Nathan Ament dated February 28, 2019, Declaration of Susan Ryan dated April 22, 2019, together with Exhibits "A" and "B" annexed thereto, and the Memorandum of Law in Support of Defendant's Motion to Dismiss, Defendant Loyola University New Orleans hereby moves for an Order dismissing all claims for relief set forth in the First Amended Complaint *with prejudice* based on the absence of personal jurisdiction under Fed. R. Civ. P. 12(b)(2) and subject matter jurisdiction under Fed. R. Civ. P. 12(b)(1).

Dated: New York, New York
April 24, 2019

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ John W. Egan*

    John W. Egan
    Samuel Sverdlov
    Seyfarth Shaw LLP
    jegan@seyfarth.com
    ssverdlov@seyfarth.com
    620 Eighth Avenue
    New York, New York  10018
    Telephone:  (212) 218-5500
    Facsimile:  (212) 218-5526

    *Attorneys for Defendant*